IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY WILSON | ) Civil Action |
| Plaintiff, | ) No. 1:19-cv-00146-MJH |
| v. | ) Judge Marilyn J. Horan |
| TPK, INC., | ) ***Electronically Filed*** |
| Defendant. | ) |
| v. | ) |
| SMG EQUIPMENT LLC | ) |
| Additional Defendant. | ) |

## ORDER OF COURT

AND NOW, this 14th day of February, 2023, pursuant to Plaintiff, Troy Wilson, and Defendant's, TPK, Inc., **STIPULATION OF DISMISSAL**, it is hereby ordered that all claims and counterclaims as between Plaintiff, Troy Wilson, and Defendant, TPK, Inc., only, are dismissed with prejudice.

BY THE COURT,

_Marilyn J. Horan_