IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TROY WILSON,                                         CIVIL ACTION

    Plaintiff,                                    CASE NO. 1:19-cv-00146-MJH

v.

TPK, INC.,

    Defendant,

v.

SMG EQUIPMENT, LLC.,

    Additional Defendant.

## ORDER

AND NOW, this <u>29th</u> day of <u>October</u>, 2024, pursuant to the parties' **STIPULATION OF DISMISSAL**, it is hereby ordered that all claims and counterclaims as between TPK and SMG are dismissed with prejudice. The Court shall retain jurisdiction over the terms of the settlement agreement between the parties. **The in-person status conference set for October 30, 2024 at 9 a.m. is cancelled.**

BY THE COURT,

*Marilyn J. Horan*, J.